**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rui He, et al., | No. CV-22-00344-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Chaudhry Zarar Bajwa, et al., | |
| Defendants. | |

Pursuant to the Notice of Voluntary Withdrawal of Notice of Removal and Request to Remand (Doc. 6),

**IT IS ORDERED** remanding this case back to Maricopa County Superior Court.

**IT IS FURTHER ORDERED** that the Court's previous Order (Doc. 5) is vacated as moot.

Dated this 17th day of March, 2022.

Michael T. Liburdi
United States District Judge